FILED

AUG - 1 2008

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDDIEBERTO ANTES-ORTIZ,<br>　aka Jose Burgeno-Garcia,<br><br>　　　　　Defendant. | Criminal Case No. 08CR1183-WQH<br><br>Superseding<br>I N F O R M A T I O N<br><br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Misdemeanor);<br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Felony); |

The United States Attorney charges:

### Count 1

On or about 7/2/92, 2008, within the Southern District of California, defendant EDDIEBERTO ANTES-ORTIZ, being an alien, unlawfully entered or attempted to enter the United States; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

### Count 2

On or about 1/26/08, 2008, within the Southern District of California, defendant EDDIEBERTO ANTES-ORTIZ, being an alien, unlawfully entered or attempted to enter the United States and previously committed the offense of unlawfully entering or attempting to enter the United States, as alleged in Count 1; all



1 | in violation of Title 8, United States Code, Section 1325, a
2 | felony.
3 |     DATED: *April 1, 2008*
4 |                                    KAREN P. HEWITT
                                        United States Attorney
5 |
6 |                                    /s/ Randy K. Jones
                                        RANDY K. JONES
7 |                                    Assistant U.S. Attorney