AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

EDDIEBERTO ANTES-ORTIZ,

**WAIVER OF INDICTMENT**

FILED
AUG - 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

CASE NUMBER: 08CR1183-WQH

I, EDDIEBERTO ANTES-ORTIZ, the above-named defendant, who is accused of Title 8, United States Code, Section 1325 - Illegal Entry

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___8/1/08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

ANTES ORTIS EDDIBERTO
Defendant

_____
Counsel for Defendant

Before _____
HONORABLE THOMAS J. WHELAN